**Electronically Filed
Supreme Court
SCWC-22-0000687
17-FEB-2026
08:32 AM
Dkt. 16 OGAC**

SCWC-22-0000687

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GERARDO DENNIS PATRICKSON; BENIGNO TORRES HERNANDEZ;
FERNANDO JIMENEZ ARIAS; ELIAS ESPINOSA MERELO;
ALIRIO MANUEL MENDEZ; and CARLOS HUMBERTO RIVERA,
individually and on behalf of others similarly situated,
Respondents/Plaintiffs-Appellants,

vs.

DOW CHEMICAL COMPANY and DEL MONTE FRESH PRODUCE N.A., INC.,
Petitioners/Defendants-Appellees,

and

DOLE FOOD COMPANY, INC.; DOLE FRESH FRUIT COMPANY; SHELL OIL
COMPANY; OCCIDENTAL CHEMICAL CORPORATION (individually and as
successor to Occidental Chemical Company and Occidental Chemical
Agricultural Products, Inc., Hooker Chemical and Plastics,
Occidental Chemical Company of Texas, and Best Fertilizer
Company); STANDARD FRUIT COMPANY; STANDARD FRUIT AND STEAMSHIP
COMPANY; DEL MONTE FRESH PRODUCE (HAWAIʻI), INC. (previously
incorrectly named as Del Monte Fresh Produce Hawaiʻi, Inc.),
Respondents/Defendants-Appellees,

and

DOLE FOOD COMPANY, INC.,
Respondent/Third-Party Plaintiff-Appellee,

vs.

DEAD SEA BROMINE CO., LTD. and BROMINE COMPOUNDS, LIMITED,
Respondents/Third-Party Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000687; CASE NO. 1CC071000047)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Tomasa, assigned by reason of vacancy)

Petitioners The Dow Chemical Company and Del Monte Fresh Produce N.A., Inc.'s Application for Writ of Certiorari, filed on December 24, 2025, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, February 17, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Taryn R. Tomasa